**FILED**
May 10, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:12-cr-00174-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| KATHE RASCHER, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kathe Rascher</u>; Case <u>2:12-cr-00174-GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    <u>X</u>  Unsecured Appearance Bond in the amount of <u>$10,000</u>, co-signed by Robert Rascher.

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    <u>X</u>  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on May 10, 2012 at 2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge