BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America


                    UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    Case No. Cr.12-174 GEB
                               )
              Plaintiff,       )    STIPULATION REGARDING
                               )    EXCLUDABLE TIME PERIODS UNDER
       v.                      )    SPEEDY TRIAL ACT;[PROPOSED]
                               )    FINDINGS AND ORDER
KATHE RASCHER                  )
                               )
              Defendant.       )
                               )
_____)

     Plaintiff United States of America, by and through its

counsel of record, and defendant, by and through her counsel of

record, hereby stipulate as follows:

     1.   Defendant first appeared before Magistrate Judge

Newman, a judicial officer in the court in which this charge is

pending, on May 10, 2012.  On that date, this matter was set for

status on June 8, 2012 before Judge Burrell.  In addition, at the

request of defendant, for the purpose of computing time under the

Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial

must commence, the time period from May 10 through June 8, 2012,

was deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and B

(iv) [Local Code T4].

2.    By this stipulation, defendant now moves to continue the status conference until July 6, 2012 and to exclude time between June 8, 2012 and July 6, 2012 under Local Code T4. Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the court find the following:

a.    The government has represented that there is voluminous discovery associated with the case which includes investigative reports and related documents in electronic form (approximately 2,000 pages of documents (209 MB of .pdf documents)) and hundreds of pages of materials obtained via grand jury subpoena.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.    Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation related to the charges, to review and potentially copy discovery for this matter, and to otherwise prepare for trial.

c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.    The government does not object to the continuance.

e.    Counsel for defendant has specifically discussed all of

the contents of this stipulation with his client and
represents that his client concurs with the contents of
this stipulation.

f.   Defendant Kathe Rascher has specifically discussed all
of the contents of this stipulation with her counsel
and represents that she concurs with the contents of
this stipulation.

g.   Based on the above-stated findings, the ends of justice
served by continuing the case as requested outweigh the
interest of the public and the defendant in a trial
within the original dates prescribed by the Speedy
Trial Act.

h.   For the purpose of computing time under the Speedy
Trial Act, 18 U.S.C. § 3161, et seq., within which
trial must commence, the time period of June 4, 2012 to
July 6. 2012, inclusive, is deemed excludable pursuant
to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4]
because it results from a continuance granted by the
judge at defendant's request on the basis of the
judge's finding that the ends of justice served by
taking such action outweigh the best interest of the
public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a
finding that other provisions of the Speedy Trial Act dictate
that additional time periods are excludable from the period
within which a trial must commence.

3

IT IS SO STIPULATED.

DATED:     30 May 2012.


                         /s/ Tice-Raskin
                         S. ROBERT TICE-RASKIN
                         Assistant United States Attorney

DATED:     30 May 2012.


                         /s/ Don Heller
                         DONALD HELLER
                         Counsel for Defendant

DATED:     30 May 2012.


                         /s/ Kathe Rascher
                         KATHE RASCHER
                         Defendant



                         O R D E R


     IT IS SO FOUND AND ORDERED.

Dated:  May 31, 2012


                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge

4