**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Kathe Rascher**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>KATHE RASCHER,<br><br>            Defendant | Case No. S-12-174-GEB<br><br>STIPULATION  TO CONTINUE SENTENCING  AND [PROPOSED] ORDER |

It is hereby stipulated and agreed between Plaintiff, United States of America by and through Assistant United States Attorney S. Robert Tice-Raskin, Esq. and Donald H. Heller, Esq., attorney for the defendant Kathe Rascher that:

1. On November 2, 2012, Defendant Kathe Rascher entered a plea of guilty in the above referenced matter before this Court and imposed of judgment and sentencing was continued to January 18, 2013.

2. This Court approved the appointment of a mental health/alcohol therapist Elizabeth English to examine and evaluate the defendant.  Because of a family emergency Ms. English has not yet completed an evaluation of  Ms. Rascher and expects to have said evaluation completed prior to the end of the year.

3. Accordingly, it is respectfully requested that the defendant's sentencing hearing be continued to February 1, 2013.

4. The government does not object to the short continuance.

IT IS SO STIPULATED.

DATED: December 19, 2012         /s/ S. Robert Tice Raskin
                                 S. ROBERT TICE-RASKIN
                                 Assistant United States Attorney


DATED: December 19, 2012         /s/ Donald H. Heller
                                 DONALD H. HELLER
                                 Counsel for Defendant

# O R D E R

GOOD CAUSE APPEARING, the sentencing date of January 18, 2013 is vacated and judgment and sentencing is hereby reset to February 1, 2013.

**Date: 12/20/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge