1
2
3
4
5
6

**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Kathe Rascher**

7
8
9

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| **UNITED STATES OF AMERICA**              ) | **Case No. S-12-174-GEB** |
| )<br>**Plaintiff,**              ) | **STIPULATION  TO CONTINUE** |
| ) | **SENTENCING  AND [PROPOSED]** |
| **vs.**              ) | **ORDER** |
| ) | |
| **KATHE RASCHER,**              ) | |
| ) | |
| **Defendant**              ) | |

16
17
18

It is hereby stipulated and agreed between Plaintiff, United States of America by and through Assistant United States Attorney S. Robert Tice-Raskin, Esq. and Donald H. Heller, Esq., attorney for the defendant Kathe Rascher that:

19
20
21

1.      On November 2, 2012, Defendant Kathe Rascher entered a plea of guilty in the above referenced matter before this Court and imposed of judgment and sentencing was continued to January 18, 2013.

22
23

2.      On December 20, 2012, predicated upon good cause presented by stipulation this Court by order continued Judgment and Sentencing to February 1, 2013.

24
25
26
27

3.      Defense counsel has not received a report evaluating Ms. Rascher's from mental health/alcohol therapist Elizabeth English who has had a family health emergency in respect to her grandson which has been emotionally draining and time consuming for Ms. English and as a consequence the report has not been completed.

28

4.      Unfortunately, U.S. Probation Officer Scott Storey is about to leave or has left on a family vacation to South American and will not return to work until early February 2013.  Mr. Storey has completed the final presentence report and addressed the informal objections made by the government and Ms. Rascher's counsel but wishes to read and evaluate Ms. English letter so that he can supplement the final presentence report in respect to the criteria in 18 U.S.C. § 3553(a).

5.      Accordingly, it is respectfully requested that the defendant's sentencing hearing be continued to March 1, 2013.

6.      The following is an amended Disclosure and filing schedule for motions for corrections to the pre-sentence report:

Judgment and Sentencing Date:      March 1, 2013

Reply or Statement of No Opposition      February 22, 2013

Motion for Correction of the Pre-Sentence Report   February 15, 2013

**Presentence Report disclosed on December 28, 2013 and received by the parties**

**IT IS SO STIPULATED**.

DATED:   January 4, 2013                        */s/ S. Robert Tice Raskin*
                                                 S. ROBERT TICE-RASKIN
                                                 Assistant United States Attorney


DATED:   January 4, 2013                        */s/ Donald H. Heller*
                                                 DONALD H. HELLER
                                                 Counsel for Defendant

**O R D E R**


GOOD CAUSE APPEARING, the sentencing date of February 1, 2013 is vacated and judgment and sentencing is hereby reset to March 1, 2013.

**Date:  1/9/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge