UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KATHE RASCHER,<br><br>        Defendant. | No.  2:12-cr-00174-GEB<br><br><br>**ORDER** |

Defendant's request for reconsideration and reduction of her sentence, (ECF No. 41), is denied since Defendant has not shown that the Court has jurisdiction to reconsider her sentence. See United States v. Leniear, 574 F.3d 668, 673 (9th Cir. 2009) ("As a general matter, courts may not alter a term of imprisonment once it has been imposed." (quoting United States v. Hicks, 472 F.3d 1167, 1169 (9th Cir. 2007) (internal quotation marks omitted)).

Dated:  May 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1